**Cornelius MOORE, Appellant,**

v.

**Bruce WAGNER; John Cherry, Dr.; State of Nebraska; Frank Hopkins, Appellees.**

No. 03–3680.

United States Court of Appeals, Eighth Circuit.

Submitted: April 5, 2004.

Decided: April 8, 2004.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Cornelius Moore, Lincoln, NE, pro se. Paul D. Boeshart, Asst. U.S. Attorney, Amber Fae Herrick, Lincoln, NE, for Defendants–Appellees.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Nebraska inmate Cornelius Moore appeals the district court's * dismissal of Moore's civil complaint. After carefully reviewing the record, we conclude the district court properly dismissed Moore's complaint as time-barred. Accordingly, the judgment is affirmed, see 8th Cir. R. 47B, and we deny Moore's motion for reimbursement of funds.

---

* The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.